RUDOMIN v. INTERURBAN ST. R. CO. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Joseph Rudomin against the Interurban Street Rail-

road Company. No opinion. Motion denied, with $10 costs. Order filed.